CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LINA PENG (NYBN 5150032)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (415) 436-6407
FAX: (408) 535-7027
Lina.Peng@usdoj.gov

Attorneys for United States of America

FILED

Jul 15 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO CUEVAS,<br>Defendant. | NO. 5:02-CR-20013-JW<br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice against FRANCISCO CUEVAS.

DATED: July 15, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss without prejudice the indictment against FRANCISCO CUEVAS.

Date: July 15, 2026

HON. P. CASEY PITTS
United States District Judge